**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HERSHEL GLEN MURRY,                    )
ADC # 76579                            )
    Petitioner,                  )        **Case No. 5:13-CV-00196 BSM-JTK**
v.                                     )
                                       )
RAY HOBBS, Director,                   )
Arkansas Department of Correction      )
    Respondent.                  )

## ORDER

Respondent's recent motion for extension of time to file a response (Doc. No. 9) indicated that he had requested the record of Petitioner's previous federal habeas corpus proceeding from the Eastern District of Arkansas.  The Court has been informed that these materials can be obtained from its own clerk's office, and it is now passing this information along to the parties.  Given the Court's possession of these documents, it is unclear whether the National Archives and Records Administration can provide them as well.

SO ORDERED this 1st day of August, 2013.

_____
United States Magistrate Judge

1