IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HERSHEL GLEN MURRY**                      **PETITIONER**

v.              **CASE NO. 5:13CV196 BSM**

**RAY HOBBS**                        **RESPONDENT**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful consideration, the recommendations should be, and hereby are, approved and adopted approved and adopted in their entirety in all respects.

IT IS SO ORDERED this 26th day of November 2013.

                                      _/s/ Brian S. Miller_
                                      UNITED STATES DISTRICT JUDGE